

(Appeal from a Judgment of Wyoming County Court, Michael M. Mohun, J.—Attempted Promoting Prison Contraband, 1st Degree.) Present—Whalen, P.J., Smith, NeMoyer, Curran and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON R. PHILLIPS, Appellant. [38 NYS3d 487]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from a Judgment of Wyoming County Court, Michael M. Mohun, J.—Attempted Promoting Prison Contraband, 1st Degree.) Present—Whalen, P.J., Smith, NeMoyer, Curran and Scudder, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY TORRES, Appellant. [38 NYS3d 488]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from a Judgment of Wyoming County Court, Michael M. Mohun, J.—Attempted Promoting Prison Contraband, 1st Degree.) Present—Whalen, P.J., Smith, NeMoyer, Curran and Scudder, JJ.

